IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 29 2008

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CR 06-845 RB |
| ) | |
| LEONEL MENDEZ-VALDEZ, ) | 3:08mj225 |
| Defendant. ) | |

### ORDER DISMISSING INDICTMENT AND QUASHING ARREST WARRANT

THIS MATTER came before the Court on the written motion of the United States Attorney for the District of New Mexico to dismiss the Indictment and quash the arrest warrant issued as to defendant. Being fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment in this cause be and hereby is dismissed as to defendant **LEONEL MENDEZ-VALDEZ**;

IT IS FURTHER ORDERED that the arrest warrant issued as to defendant **LEONEL MENDEZ-VALDEZ** be quashed;

IT IS FURTHER ORDERED that the clerk shall provide two certified copies of this order to the United States Marshal as authority to proceed hereunder.

_____
HONORABLE ROBERT C. BRACK
United States District Judge